CLERK'S OFFICE U.S. DISTRICT. COURT
AT LYNCHBURG, VA
FILED

SEP 05 2025

LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

6:25 CV 00068

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF VIRGINIA**

**LYNCHBURG DIVISION**

Brian Jeffrey Hall Jr.
65 Witt Rd
Evington, VA 24550
Plaintiff, Pro Se

v.

Halsted Financial Services / Fortiva
Defendant

## COMPLAINT FOR VIOLATIONS OF THE FAIR CREDIT REPORTING ACT (FCRA)

**\*\*Jurisdiction and Venue\*\***

This Court has jurisdiction under 15 U.S.C. §1681p and 28 U.S.C. §1331 because this action arises under the laws of the United States. Venue is proper in this District as Plaintiff resides in Campbell County, Virginia, and Defendant regularly conducts business in this District.

**\*\*Parties\*\***

Plaintiff, Brian Jeffrey Hall Jr., is a resident of Evington, Virginia. Defendant, Halsted Financial Services / Fortiva, is a debt collector/creditor engaged in reporting tradelines to Experian and other credit reporting agencies.

**\*\*Facts\*\***

1. Defendant Halsted Financial Services / Fortiva is reporting a charged-off/collection account (Fortiva Account) on Plaintiff's Experian credit report.
2. Plaintiff disputes this account as inaccurate, unverifiable, and incomplete.
3. Plaintiff sent certified disputes and an Intent to Sue letter on August 22, 2025.
4. Despite notice, Defendant failed to conduct a reasonable investigation or delete the tradeline.
5. Defendant continues to furnish and update the account inaccurately, causing damage to

Plaintiff's creditworthiness and emotional distress.

**Causes of Action**

Count I – Violation of the Fair Credit Reporting Act (15 U.S.C. §1681s-2(b))
Defendant failed to conduct a reasonable investigation after notice of dispute and continued reporting inaccurate information.

Count II – Violation of the Fair Debt Collection Practices Act (15 U.S.C. §1692e, §1692f) (if applicable)
Defendant used false, deceptive, or misleading representations in attempting to collect or report the alleged debt.

**Relief Requested**

WHEREFORE, Plaintiff respectfully requests that this Court:
a. Award Plaintiff statutory damages, actual damages, and punitive damages in the amount of $5,000;
b. Order Defendant to delete the tradeline from all credit reporting agencies;
c. Grant costs and any other relief the Court deems just and proper.

**Jury Demand**

Plaintiff demands a trial by jury on all issues so triable.

Respectfully submitted,

Brian Jeffrey Hall Jr.
65 Witt Rd
Evington, VA 24550
Phone: 434-439-8311
Email: Brianjhalljr@gmail.com
Pro Se Plaintiff

# 🌑 Mailform

**Mailform, Inc.**
607 North Avenue, Door 18
Wakefield, MA 01880
**Phone:** +18053959596
**Email:** team@mailform.io

**brianjhalljr@gmail.com**
65 Witt Rd
Evington, VA 24550
United States
**Email:** brianjhalljr@gmail.com

**Invoice Number:** 4116c27d-ec27-4ddb-8890-f03fc3f17a7b
**Date:** August 21, 2025

| Description | Quantity | Price | Amount |
|---|---|---|---|
| #03c6d842-71dd-4b0e-994e-f642718defa2 Recipient: Halsted Financial Services (Fortiva), 8001 N. Lincoln Avenue, Suite 500, Skokie IL 60077, United States Services: SINGLE SIDED,CERTIFIED Files: Fortiva demand .docx USPS Certified Mail; Single Sided; Black & White | 1 | 11.98 | 11.98 |
| #ae7688d8-c0f9-4192-9111-03098e9b6811 Recipient: Midland Credit Management (Synchrony), 320 E. Big Beaver Road, Suite 300, Troy MI 48083, United States Services: SINGLE SIDED,CERTIFIED Files: Midland capital demand .docx USPS Certified Mail; Single Sided; Black & White | 1 | 11.98 | 11.98 |

| Description | Quantity | Price | Amount |
|---|---|---|---|
| #9b1bd94c-960b-4a5b-b837-01fcda33becc<br>Recipient: Jefferson Capital Systems (Fingerhut), 16 McLeland Road, St. Cloud MN 56303, United States<br>Services: SINGLE SIDED,CERTIFIED<br>Files: Jefferson capital demand .docx<br>USPS Certified Mail; Single Sided; Black & White | 1 | 11.98 | 11.98 |
| #55fb46a1-5cae-4e1e-b093-974f5f6ef5a0<br>Recipient: Receivable Solutions (Centra Health), 800 Dutch Square Blvd Suite B, Columbia SC 29210, United States<br>Services: SINGLE SIDED,CERTIFIED<br>Files: Centra demand .docx<br>USPS Certified Mail; Single Sided; Black & White | 1 | 11.98 | 11.98 |
| #5b132cf3-e2cc-44d7-b0fc-b812c8d5965d<br>Recipient: Wakefield & Associates (Bedford EMS), 7005 Middlebrook Pike, Knoxville TN 37909, United States<br>Services: SINGLE SIDED,CERTIFIED<br>Files: Wakefield and associates demand .docx<br>USPS Certified Mail; Single Sided; Black & White | 1 | 11.98 | 11.98 |

| | | |
|---|---|---|
| **Total:** | | 59.90 |
| **Discount** | | (1.30) |
| **Amount Paid:** | | 58.60 |