Consumer Financial
Protection Bureau
(https://www.consumerfinance.gov/)

Start a new complaint

 **All complaints (.)**

# 250807-23005499

**CLOSED**

## ✓ Submitted

| STATUS | PRODUCT | ISSUE |
|---|---|---|
| Submitted to the CFPB on 8/7/2025 | Credit reporting or other personal consumer reports | Problem with a company's investigation into an existing problem |

### We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or

- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or

- Let you know if we need more information to continue our work.

---

### YOUR COMPLAINT

I am disputing the continued reporting of an account by Halsted Debt Collection (Fortiva account ref. #1539) on my Experian credit file. I have made prior disputes directly and through Experian, yet this account continues to report without verifiable documentation. Halsted/Fortiva have failed to provide: • A signed agreement proving I am responsible for the debt. • Complete billing and payment history. • Chain of title proving ownership of the

debt. This constitutes violations of FCRA §1681i (failure to conduct reasonable reinvestigation) and §1681s-2(b) (continued furnishing of inaccurate information after dispute). I am requesting immediate deletion of this account from my Experian file. Continued reporting without proper validation is unlawful, and I will pursue FCRA legal remedies if this is not resolved.

**ATTACHMENTS**

IMG_7233.png
(706.1 KB)

IMG_7241.png
(781.9 KB)

IMG_7240.png
(231.4 KB)

IMG_7242.png
(210.7 KB)

View full complaint ⊕

## ✓ Sent to company

**STATUS**

Sent to company on 8/7/2025

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## ✓ Company responded

**STATUS**

Company responded on 8/14/2025

**RESPONSE TYPE**

Closed with explanation

Company's Response

Re: Case Number: 250807-23005499 Brian Hall Jr To Whom It May Concern: This response is regarding a consumer complaint filed by Brian Hall Jr against Halsted Financial Services, LLC. Complaints of this nature are taken very seriously. Moreover, Halsted Financial Services, LLC denies any allegations of wrongdoing. We are in receipt of the Consumer's complaint and would like to confirm that we have notified our client of the consumer's complaint, dispute, request for validation as well as the desired resolution. Based on the consumers dispute, we previously placed an immediate cease on any attempts to communicate with the Consumer. Please be informed that the account has been closed in our office and returned to our client for further handling. To be clear, Halsted Financial Services, LLC is not a data furnisher to any Credit Reporting Agency (CRA) and as such, Halsted has not furnished information relating to this matter to any CRA. I hope that this addresses the Consumer's concerns. If I can be of any further assistance, please do not hesitate to contact me or my office directly by phone at (800) 275-8639 ext. 711 or via e-mail at bglass@halstedfinancial.com Sincerely, Brian S. Glass, Esq., CRCP General Counsel Halsted Financial Services, LLC email: bglass@halstedfinancial.com PH: (800) 275-8639 ext. 711

## Feedback requested

**STATUS**

Feedback requested on 8/14/2025

**FEEDBACK DUE**

10/13/2025

## Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company responded to share your feedback. The CFPB will share your feedback responses with the company and use the information to help the CFPB's work with consumer complaints.

Submit your feedback

## Closed



Transworld Systems Inc.
500 Virginia Drive | Suite 514 | Ft Washington, PA 19034
Phone: 877-282-1250 | Fax: 866-269-8669
Hours of Operation: M-F 8:00am-5:00pm ET

August 7, 2025

<u>(Via: CFPB Portal)</u>
Brian Hall Jr
66 Witt Road
Evington, VA 24550

Dear Brian Hall Jr:

The collection account has been transferred to Transworld Systems Inc. ("TSI") effective 07/01/2023 and will no longer be serviced by EOS, CCA.

Transworld Systems Inc. (TSI) has received your complaint filed with the Consumer Financial Protection Bureau. TSI has searched its databases using the information supplied and is unable to identify the specific account that is the subject of your complaint. In order for us to move forward, we need specific identifying information including, but not limited to: the consumer's full name and social security number; the name of the original creditor; the creditor's account number or reference number; the billing address of the account; and, any other specific information relating to the consumer so that a full search can be completed. TSI also requests you to provide your most recent copy of credit report showing TSI's/EOS, CCA's listings.

Until such information is received, as noted, we cannot proceed with the research regarding this complaint. Please provide the requested information either via phone or to the attention of the undersigned at: Transworld Systems Inc., P.O. Box 15618, Wilmington, DE 19850.

We appreciate the opportunity to respond to your inquiry.

Very truly yours,


TSI Consumer Affairs
\\tsi-ad.com\data\CorporateComplianceDept\Scanned Docs\Regulatory Complaints\2025\August 2025\08.01.2025\Hall, Brian Jr - CFPB (EOS)\Consumer- CID.doc

This is a communication from a debt collector.

Calls to and from this company are recorded and may be monitored.

Page 1 of 1

 Consumer Financial
Protection Bureau
(https://www.consumerfinance.gov/)

Start a new complaint

‹ All complaints (.)

# 250807-23003916
CLOSED

✓ Submitted

**STATUS**
Submitted to the CFPB
on 8/7/2025

**PRODUCT**
Credit reporting or other
personal consumer reports

**ISSUE**
Incorrect information on
your report

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

---

**YOUR COMPLAINT**

I am filing this complaint because Fortiva/The Bank of Missouri has continued furnishing inaccurate, incomplete, and unverifiable information to Experian, despite multiple disputes. Specifically, the account is reported as "charged off" with a balance that continues to show as past due — even though the debt was already written off. This is misleading and violates FCRA 15 U.S. Code §1681s-2(b) and Metro 2 reporting standards. I contacted Halsted Financial Services (the collector), and they stated in writing they are not furnishing this debt to any credit bureau. That confirms Fortiva is responsible for the data being reported. If Fortiva cannot provide full validation — including a signed agreement, billing history, charge-off documentation, and proof of right to report — they must remove the account. I am requesting full deletion of this tradeline under FCRA Section 1681i and 1681s-2. If unresolved, I will proceed with legal action under FCRA Section 616 and 617.

**ATTACHMENTS**

IMG_6575.jpeg
(2.3 MB)

IMG_7234.png
(714.2 KB)

Notice_of_Intent_to_Sue_Experian_Brian_Hall.docx
(36.7 KB)

IMG_7232.png
(568.2 KB)

View full complaint ⊕

✅ **Closed**

**STATUS**

Contact another agency

After our review, we found that the best agency to help you with your issue is Federal Deposit Insurance Corporation. If you would like to submit your complaint with Federal Deposit Insurance Corporation, contact them directly at or call .

---

Privacy Act Statement

OMB #3170-0011

Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday
(except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

 An official website of the United States Government

 Consumer Financial
Protection Bureau
(https://www.consumerfinance.gov/)

Start a new complaint

❮ All complaints (.)

# 250807-23004261
OPEN

✓ Submitted

| STATUS | PRODUCT | ISSUE |
|---|---|---|
| Submitted to the CFPB on 8/7/2025 | Credit reporting or other personal consumer reports | Incorrect information on your report |

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

### YOUR COMPLAINT

I am filing this complaint because Fortiva/The Bank of Missouri has continued furnishing inaccurate, incomplete, and unverifiable information to Experian, despite multiple disputes. Specifically, the account is reported as "charged off" with a balance that continues to show as past due — even though the debt was already written off. This is misleading and violates FCRA 15 U.S. Code §1681s-2(b) and Metro 2 reporting standards. I contacted Halsted Financial Services (the collector), and they stated in writing they are not furnishing this debt to any credit bureau. That confirms Fortiva is responsible for the data being reported. If Fortiva cannot provide full validation — including a signed agreement, billing history, charge-off documentation, and proof of right to report — they must remove the account. I am requesting full deletion of this tradeline under FCRA Section 1681i and 1681s-2. If unresolved, I will proceed with legal action under FCRA Section 616 and 617.

### ATTACHMENTS
IMG_6575.jpeg
(2.3 MB)

IMG_7234.png
(714.2 KB)

Notice_of_Intent_to_Sue_Experian_Brian_Hall.docx
(36.7 KB)

IMG_7232.png
(568.2 KB)

View full complaint ⊕

## ✅ Sent to company

**STATUS**

Sent to company on 8/7/2025

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## ✅ Company still working

**STATUS**

Company response is in progress as of 8/20/2025

### The company has responded that it is still working on your issue

In some cases, companies need more time to respond. You should receive a final response within 60 days from the date we sent your complaint to the company.

---

**COMPANY'S INTERIM RESPONSE**

Thank you for submitting your complaint on August 7, 2025, through the CFPB Complaint Portal. We appreciate consumers who take the time to let us know about their experiences with our company. We will review your complaint and act accordingly. Once the review is completed, a final response will be forwarded to you for review.   For additional assistance, you may call the toll-free telephone number provided on your personal credit report obtained directly from Experian, or write to Experian at P.O. Box 9701, Allen, TX 75013. For more information regarding your credit and frequently asked questions, you may visit: http://www.experian.com/blogs/ask-experian.   Please note that you may also submit your request or documents supporting your claim electronically at www.experian.com/upload. You may also visit Experian's dispute center by visiting www.experian.com/dispute.      Thank you for submitting your complaint through the CFPB Complaint Portal. It is our policy to respond to consumer disputes swiftly and to take each one seriously. We appreciate you letting us know about your experience with Experian.

---

Privacy Act Statement

OMB #3170-0011