**U.S. Department of Justice**
United States Marshals Service

RECEIVED
UNITED STATES MARSHAL
12:11 pm, Sep 09 2025
Western District of Virginia

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Brian Jeffrey Hull Jr | 6:25-cv-00068-NKM |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Halsted Financial Services / Fortiva | Summons & complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Halsted Financial Services / Fortiva
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
8001 Lincoln Ave suite 500 Skokie, IL 60077

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Brian Jeffrey Hull Jr
65 Witt Rd
Evington VA 24550

- Number of process to be served with this Form 285: 1
- Number of parties to be served in this case: 1
- Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

1886 958 6933

Signature of Attorney other Originator requesting service on behalf of: ☑ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 434-439-8311
DATE: 9/8/25

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 84 | No. 26 | *cmdinnerville* | 09/09/2025 |

I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | |
|---|---|---|---|
| Elfgen, Baylon | 9/12/2025 | 1443 | ☐ am ☑ pm |
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy | | |
| | DUSM 32871 | | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | $4.90  7mi 1&5 | $8.00 | $77.90 | | |

**REMARKS**
Served at 801 Adlai Stevenson Drive Springfield, IL 62703

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

9/15/2025
LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
DEPUTY CLERK

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

AO 440 (Rev. 06/12) (12/22 WD/VA) Summons in a Civil Action (Page 2)

Civil Action No. 6:25CV68

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Halsted Financial Services / Fortiva
was received by me on *(date)* 9/9/2025.

☒ I personally served the summons on the individual at *(place)* 801 Adlai Stevenson Dr. Springfield, IL 62703 on *(date)* 9/12/2025; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ 4.90 for travel and $ 65.00 for services, for a total of $ 69.90.

I declare under penalty of perjury that this information is true.

Date: 9/12/2025

*Server's signature*

John Block   DUSM
*Printed name and title*

600 E. Monroe
Springfield, IL 62701
*Server's address*

Additional information regarding attempted service, etc: