United States District Court

Western District of Virginia

Lynchburg Division

CLERK'S OFFICE U.S. DISTRICT COURT
AT LYNCHBURG, VA
FILED

OCT 06 2025

LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

Brian Jeffrey Hall Jr., Plaintiff,

v.

Halsted Financial Services, LLC / Fortiva, Defendant.

Case No. 6:25-cv-00068-NKM

**MOTION FOR DEFAULT JUDGMENT**

COMES NOW the Plaintiff, Brian Jeffrey Hall Jr., pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, and respectfully moves this Honorable Court to enter default judgment against Defendant Halsted Financial Services, LLC / Fortiva.

In support of this Motion, Plaintiff states as follows:

1. Plaintiff filed this action alleging violations of the Fair Credit Reporting Act (FCRA) and related statutes arising from Defendant's false reporting and misconduct.
2. Defendant was properly served with process on September 12, 2025, as reflected in the proof of service filed with the Court.
3. Defendant has failed to appear, plead, or otherwise defend this matter within the time prescribed by law.
4. The Clerk has entered default pursuant to Rule 55(a).
5. Plaintiff has filed a sworn Affidavit of Damages and Emotional Distress, setting forth the factual basis and amount of damages sought.

WHEREFORE, Plaintiff respectfully requests that the Court:
(a) Enter default judgment against Defendant Halsted Financial Services, LLC / Fortiva;
(b) Award damages as set forth in Plaintiff's Affidavit of Damages and Emotional Distress, including punitive and statutory damages totaling $117,500.00, plus post-judgment interest pursuant to 28 U.S.C. § 1961;
(c) Award such other and further relief as the Court deems just and proper.

Respectfully submitted,

*[signature]*

Brian Jeffrey Hall Jr.
Plaintiff, Pro Se
65 Witt Rd, Evington, VA 24550
434-439-8311 · Brianjhalljr@gmail.com

United States District Court

Western District of Virginia

Lynchburg Division

Brian Jeffrey Hall Jr., Plaintiff,

v.

Halsted Financial Services, LLC / Fortiva, Defendant.

Case No. 6:25-cv-00068-NKM

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of October, 2025, I mailed a true and correct copy of the foregoing Default Judgment Packet, including the Motion for Entry of Default, Motion for Default Judgment, Memorandum in Support, Affidavit of Damages and Emotional Distress, and Proposed Order, via U.S. Certified Mail, Return Receipt Requested, to the following:

CT Corporation System (Registered Agent for Halsted Financial Services, LLC)
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

Halsted Financial Services, LLC
P.O. Box 828
Skokie, IL 60076

Respectfully submitted,

Brian Jeffrey Hall Jr.
Plaintiff, Pro Se
65 Witt Rd, Evington, VA 24550
434-439-8311 · Brianjhalljr@gmail.com