## Notice of Intent to Sue

August 04, 2025

Experian Dispute Department
Experian Information Solutions, Inc.
P.O. Box 4500
Allen, TX 75013

Re: Notice of Intent to Sue for FCRA Violations Regarding Continued Reporting of Charged-Off Account

To Whom It May Concern,

This letter serves as formal notice of my intent to file a lawsuit against Experian Information Solutions, Inc. for violations of the Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681 et seq., should this matter not be resolved within 15 days of receipt.

I previously submitted a dispute regarding a charged-off account that continues to be updated monthly as "past due" despite having been written off and never being finalized with a 1099-C cancellation of debt form. Continued negative monthly reporting of this account is materially misleading, inaccurate, and in violation of FCRA § 607(b) and § 611, as Experian is obligated to ensure maximum possible accuracy and correct or delete unverifiable or outdated information.

I submitted all relevant documentation including:
- A detailed dispute letter dated August 4, 2025,
- Proof of lack of a 1099-C,
- Evidence that the debt has been written off by the original creditor.

If this issue is not resolved—meaning the tradeline is not fully deleted or corrected—I will pursue damages under FCRA § 616 and § 617, which allow for statutory, actual, and punitive damages, as well as attorney's fees.

Please treat this letter as a final opportunity to correct this matter before legal action is initiated.

Sincerely,

*Brian Jeffrey Hall Jr.*



Consumer Financial Protection Bureau
(https://www.consumerfinance.gov/)

Start a new complaint

‹ All complaints (.)

# 250801-22843420
**CLOSED**

## ✓ Submitted

| STATUS | PRODUCT | ISSUE |
|---|---|---|
| Submitted to the CFPB on 8/1/2025 | Debt collection | Electronic communications |

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

### YOUR COMPLAINT

Brian Jeffrey Hall Jr 65 Witt Rd Evington, VA 24550 (434) 439-8311 hallsproservices1@gmail.com Date: August 1, 2025 To: Halsted Financial Services P.O. Box 828 Skokie, IL 60076 Phone: (855) 220-5045 Subject: Formal Debt

Validation Follow-Up – Fortiva Account Reference #1539 To Whom It May Concern, I am writing to follow up on a phone call I made to your agency regarding the alleged debt you are reporting on behalf of Fortiva, under reference ID 1539. During the call, I asked your representative for proper documentation to validate this debt under the Fair Debt Collection Practices Act (FDCPA). Your representative informed me that she did not have the required information to validate the debt and simply placed the account in "verbal dispute" status. This action does not fulfill your obligation under 15 U.S.C. § 1692g(b). Therefore, I am formally requesting the following: 1. A complete and itemized breakdown of the alleged debt, including the original creditor, all charges, payments, and interest. 2. A copy of the original signed agreement or contract bearing my signature. 3. Documentation showing your legal authority to collect on this debt. 4. Proof of the chain of assignment or ownership from Fortiva to Halsted Financial. If you cannot provide this documentation, I demand that you immediately delete this account from all credit reporting agencies (Experian, TransUnion, and Equifax), as continued reporting without proper validation is a violation of the FDCPA, the FCRA, and Metro 2 credit reporting guidelines. Please respond within 15 days from the date of this letter. Failure to comply will result in formal complaints being filed with the Consumer Financial Protection Bureau (CFPB), Federal Trade Commission (FTC), and the Virginia Attorney General's Office, and I may consider legal remedies. Sincerely, Brian Jeffrey Hall Jr

View full complaint ⊕

## ✓ Sent to company

**STATUS**

Sent to company on 8/1/2025

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## ✓ Company responded

**STATUS**

Company responded on 8/5/2025

**RESPONSE TYPE**

Closed with explanation

### Company's Response

Re: Case Number: 250801-22843420 Brian Hall Jr. To Whom It May Concern: This response is regarding a consumer complaint filed by Brian Hall Jr. against Halsted Financial Services, LLC. Complaints of this nature are taken very seriously. Moreover, Halsted Financial Services, LLC denies any allegations of wrongdoing. We are in receipt of the Consumer's complaint and would like to confirm that we have notified our client of the consumer's complaint, dispute, request for validation as well as the desired resolution. Based on the consumers dispute, we previously placed an immediate cease on any attempts to communicate with the Consumer. To be clear, Halsted Financial Services, LLC is not a data furnisher to any Credit Reporting Agency (CRA) and as such, Halsted has not furnished information relating to this matter to any CRA. I hope that this addresses the Consumer's concerns. If I can be of any further assistance, please do not hesitate to contact me or my office directly by phone at (800) 275-8639 ext. 711 or via e-mail at bglass@halstedfinancial.com Sincerely, Brian S. Glass, Esq., CRCP General Counsel Halsted Financial Services, LLC email: bglass@halstedfinancial.com PH: (800) 275-8639 ext. 711

## 🗨 Feedback requested

STATUS

Feedback requested on 8/5/2025

FEEDBACK DUE

10/4/2025

### Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company responded to share your feedback. The CFPB will share your feedback responses with the company and use the information to help the CFPB's work with consumer complaints.

### ❌ Closed

The CFPB has closed your complaint.

---

Privacy Act Statement

OMB #3170-0011

Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday (except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

An official website of the United States Government


Consumer Financial Protection Bureau
(https://www.consumerfinance.gov/)

Start a new complaint

‹ All complaints (.)

# 250807-23003916
**CLOSED**

## ✓ Submitted

**STATUS**
Submitted to the CFPB on 8/7/2025

**PRODUCT**
Credit reporting or other personal consumer reports

**ISSUE**
Incorrect information on your report

---

We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

---

**YOUR COMPLAINT**

I am filing this complaint because Fortiva/The Bank of Missouri has continued furnishing inaccurate, incomplete, and unverifiable information to Experian, despite multiple disputes. Specifically, the account is reported as "charged off" with a balance that continues to show as past due — even though the debt was already written off. This is misleading and violates FCRA 15 U.S. Code §1681s-2(b) and Metro 2 reporting standards. I contacted Halsted Financial Services (the collector), and they stated in writing they are not furnishing this debt to any credit bureau. That confirms Fortiva is responsible for the data being reported. If Fortiva cannot provide full validation — including a signed agreement, billing history, charge-off documentation, and proof of right to report — they must remove the account. I am requesting full deletion of this tradeline under FCRA Section 1681i and 1681s-2. If unresolved, I will proceed with legal action under FCRA Section 616 and 617.

**ATTACHMENTS**

IMG_6575.jpeg
(2.3 MB)

IMG_7234.png
(714.2 KB)

Notice_of_Intent_to_Sue_Experian_Brian_Hall.docx
(36.7 KB)

IMG_7232.png
(568.2 KB)

View full complaint ⊕

✓ **Closed**

**STATUS**

Contact another agency

After our review, we found that the best agency to help you with your issue is Federal Deposit Insurance Corporation. If you would like to submit your complaint with Federal Deposit Insurance Corporation, contact them directly at or call .

---

**Privacy Act Statement**

OMB #3170-0011

**Note on user experience**

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday (except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

---

 An official website of the United States Government



(https://www.consumerfinance.gov/)

Start a new complaint

 All complaints (.)

# 250807-23005499
**CLOSED**

✓ Submitted

| STATUS | PRODUCT | ISSUE |
|---|---|---|
| Submitted to the CFPB on 8/7/2025 | Credit reporting or other personal consumer reports | Problem with a company's investigation into an existing problem |

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

### YOUR COMPLAINT

I am disputing the continued reporting of an account by Halsted Debt Collection (Fortiva account ref. #1539) on my Experian credit file. I have made prior disputes directly and through Experian, yet this account continues to report without verifiable documentation. Halsted/Fortiva have failed to provide: • A signed agreement proving I am responsible for the debt. • Complete billing and payment history. • Chain of title proving ownership of the

debt. This constitutes violations of FCRA §1681i (failure to conduct reasonable reinvestigation) and §1681s-2(b) (continued furnishing of inaccurate information after dispute). I am requesting immediate deletion of this account from my Experian file. Continued reporting without proper validation is unlawful, and I will pursue FCRA legal remedies if this is not resolved.

**ATTACHMENTS**

IMG_7233.png
(706.1 KB)

IMG_7241.png
(781.9 KB)

IMG_7240.png
(231.4 KB)

IMG_7242.png
(210.7 KB)

View full complaint ⊕

## ✓ Sent to company

**STATUS**

Sent to company on 8/7/2025

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## ✓ Company responded

**STATUS**

Company responded on 8/14/2025

**RESPONSE TYPE**

Closed with explanation

Company's Response

Re: Case Number: 250807-23005499 Brian Hall Jr To Whom It May Concern: This response is regarding a consumer complaint filed by Brian Hall Jr against Halsted Financial Services, LLC. Complaints of this nature are taken very seriously. Moreover, Halsted Financial Services, LLC denies any allegations of wrongdoing. We are in receipt of the Consumer's complaint and would like to confirm that we have notified our client of the consumer's complaint, dispute, request for validation as well as the desired resolution. Based on the consumers dispute, we previously placed an immediate cease on any attempts to communicate with the Consumer. Please be informed that the account has been closed in our office and returned to our client for further handling. To be clear, Halsted Financial Services, LLC is not a data furnisher to any Credit Reporting Agency (CRA) and as such, Halsted has not furnished information relating to this matter to any CRA. I hope that this addresses the Consumer's concerns. If I can be of any further assistance, please do not hesitate to contact me or my office directly by phone at (800) 275-8639 ext. 711 or via e-mail at bglass@halstedfinancial.com Sincerely, Brian S. Glass, Esq., CRCP General Counsel Halsted Financial Services, LLC email: bglass@halstedfinancial.com PH: (800) 275-8639 ext. 711

## ✓ Feedback provided

**STATUS**

Feedback provided on 10/7/2025

### Your feedback

**THE COMPANY'S RESPONSE ADDRESSED ALL OF MY ISSUES**

No

**I UNDERSTAND THE COMPANY'S RESPONSE TO MY COMPLAINT**

No

**THE COMPANY DID WHAT THEY SAID THEY WOULD DO WITH MY COMPLAINT**

No

**ADDITIONAL COMMENTS**

The company's response is inaccurate and incomplete. Halsted Financial Services claimed

they are not a data furnisher, yet the account they handled (Fortiva Account #1539) continues to appear on my Experian credit report under their name and control. Additionally, I have documented evidence and a recorded phone call from September 8, 2025, where a Halsted representative confirmed that their system listed me as "deceased." This directly contradicts their written denial to the CFPB and proves negligent and willful reporting violations under the Fair Credit Reporting Act (FCRA §1681s-2(b)). Halsted was properly notified of this dispute through Experian and again through this CFPB complaint. They failed to provide proper debt validation, failed to correct inaccurate data, and instead made false statements to federal regulators. I have since filed a federal lawsuit (Case No. 6:25-cv-00068-NKM, W.D. Va.) seeking damages for these violations. The CFPB's records should reflect that this issue remains unresolved and that Halsted's response is misleading and inconsistent with evidence.

## What happens now?

The complaint process is complete and your complaint is now closed.

We have taken the following additional actions on your complaint:

- We added your complaint to the CFPB's Consumer Complaint Database (http://www.consumerfinance.gov/data-research/consumer-complaints).
- Your feedback, and feedback from others, helps us understand how companies are addressing concerns raised by consumers in their complaints. We will also share your feedback with the company.
- We have also shared your complaint with the Federal Trade Commission, which will add your complaint to its database for state and federal law enforcement agencies.

We appreciate your participation in the complaint process and your feedback on the company's response. Both are important to us and consumers who may have similar issues and concerns.

## ⊗ Closed

The CFPB has closed your complaint.

## Privacy Act Statement

OMB #3170-0011

## Note on user experience

> Have a question? ¿Preguntas?
>
> (855) 411-2372
>
> TTY/TTD: (855) 729-2372
>
> 8 a.m. to 8 p.m. ET, Monday through Friday (except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)
>
> More than 180 languages available.

An official website of the United States Government

EXPLANATION OF AMENDMENTS FOLLOWING COURT'S OCTOBER 8, 2025 ORDER

This summary highlights how the Second Amended Complaint cures the deficiencies identified by the Court under 28 U.S.C. § 1915(e)(2)(B):

| Prior Complaint | Second Amended Complaint (Now Filed) |
| --- | --- |
| Conclusory allegations (e.g., "failed to investigate") | Specific facts: 8/1/25 validation demand; 8/5/25 response; 8/7/25 Fortiva complaint; 9/8/25 call confirming "deceased"; continuing Experian reporting |
| Sparse exhibit linkage | Incorporates prior docket exhibits by reference; adds CFPB screenshots labeled Exhibits F–H |
| Only FCRA counts | Adds separate FDCPA Count (1692g(b), 1692e) against Halsted |
| Damages not clearly segmented | FCRA: $7,500 statutory + $10,000 actual + $100,000 punitive; FDCPA: $1,000 statutory + actual; plus equitable relief and costs |

Filing Instructions: Print and sign the Notice and the Second Amended Complaint. Attach your new CFPB screenshots as Exhibits F–H. Submit to the Clerk under Case No. 6:25-cv-00068-NKM.

Dated: October 8, 2025

/s/ BRIAN JEFFREY HALL JR.

65 Witt Rd

Evington, VA 24550

(434) 439-8311

Brianjhalljr@gmail.com

Brian Jeffrey Hall Jr.
65 Witt Rd
Evington, VA 24550
(434) 439-8311
Hallsproservices1@gmail.com