## NOTICE OF PENDING MOTION FOR DEFAULT JUDGMENT AND DAMAGES

COMES NOW the Plaintiff, Brian Jeffrey Hall Jr., appearing pro se, and respectfully notifies this Honorable Court of the following:

1. The Defendant, Halsted Financial Services, LLC, was served by the U.S. Marshals Service on or about September 12, 2025, as documented on the Court's docket.
2. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), the Defendant was required to file an answer or other responsive pleading within twenty-one (21) days of service.
3. As of the date of this filing, the Defendant has failed to appear, file an answer, or make any responsive motion in this matter. No attorney or representative has entered an appearance on behalf of the Defendant.
4. Plaintiff has previously filed a Motion for Default Judgment and an accompanying Affidavit of Damages, supported by exhibits including CFPB complaint records, communications from Halsted's legal department, and documentary evidence confirming the Defendant's credit reporting violations and false "deceased" notation.
5. On or about October 15, 2025, this Court—per the Honorable Judge Norman K. Moon—reopened the case after finding that Plaintiff had corrected all deficiencies identified in the prior order.
6. Since that date, there has been no docket activity or movement from either the Court or the Defendant. The Defendant has failed to take any action or otherwise respond, and the case remains procedurally ripe for default judgment.
7. Plaintiff respectfully requests that the Court proceed under Federal Rule of Civil Procedure 55(b) to enter Default Judgment against the Defendant for the relief sought in the pending motion.

Respectfully submitted this 7th day of November, 2025.

---

/s/ Brian Jeffrey Hall Jr.

65 Witt Rd

Evington, VA 24550

(434) 439-8311

Plaintiff, Pro Se

CLERK'S OFFICE U.S. DISTRICT COURT
AT LYNCHBURG, VA
FILED

NOV 07 2025

LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

6:25CV68