# NOTICE OF PROLONGED DEFAULT

## AND CONTINUED FAILURE TO DEFEND

CLERK'S OFFICE U.S. DISTRICT COURT
AT LYNCHBURG, VA
FILED

NOV 24 2025

LAURA A. AUSTIN, CLERK
BY: /s/ Little
DEPUTY CLERK

6:25CV68

Defendant Halsted Financial Services, LLC / Fortiva remains in prolonged default.

Service occurred on September 12, 2025. The response deadline expired October 3, 2025. No responsive pleading was filed. Defendant has now remained in default for more than forty-seven (47) days without leave or justification.

This continued failure constitutes willful disregard of this Court's authority and supports strict enforcement of default procedures.

Plaintiff submits this Notice to preserve the record and further support entry of default judgment.

Respectfully submitted,

Brian Jeffrey Hall Jr.

Plaintiff, Pro Se

65 Witt Rd

Evington, VA 24550

Phone: 434-439-8311

Email: Brianjhalljr@gmail.com

Date: 11/24/2025