IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

Brian Jeffrey Hall Jr., Plaintiff,
v.
Halsted Financial Services, LLC / Fortiva, Defendant.

Case No. 6:25-cv-00068-NKM-CKM

# NOTICE OF CLERK'S ENTRY OF DEFAULT

Plaintiff **Brian Jeffrey Hall Jr.** gives notice that the Clerk entered Default against Defendant under **Rule 55(a)** at **Dkt. 32**. Defendant was served September 12, 2025, failed to respond by October 3, 2025, and filed no Rule 55(c) motion. Plaintiff's Motion for Default Judgment (Dkt. 9) is ripe for adjudication under Rule 55(b). Respectfully submitted,

/s/ Brian Jeffrey Hall Jr.
65 Witt Road
Evington, VA 24550
Brianjhalljr@gmail.com

CLERK'S OFFICE U.S. DISTRICT COURT
AT LYNCHBURG, VA
FILED

NOV 25, 2025

LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

Brian Jeffrey Hall Jr., Plaintiff,
v.
Halsted Financial Services, LLC / Fortiva, Defendant.

Case No. 6:25-cv-00068-NKM-CKM

# CERTIFICATE OF SERVICE

I certify that I served the Notice of Clerk's Default and Proposed Order on:

**Andrew Biondi, Esq.**
**Sands Anderson PC**
**701 E. Franklin Street, Suite 1400**
**Richmond, VA 23219**

and by email to **abiondi@sandsanderson.com** in compliance with Rule 5(b).

/s/ Brian Jeffrey Hall Jr.