CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
12/8/2025
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

BRIAN JEFFREY HALL JR.,

    *Plaintiff,*

v.

HALSTED FINANCIAL SERVICES, LLC,

    *Defendant.*

CASE NO. 6:25-CV-00068

**ORDER**

JUDGE NORMAN K. MOON

    Defendant Halsted Financial Services ("Halsted") moves to dismiss Plaintiff Hall's second amended complaint for failure to state a claim. Dkt. 18. Because Hall has failed to allege sufficient facts to establish sufficient facts to establish violations of 15 U.S.C. 1681s-2(b); 1681n; 1681o; 1692g(b); and 1692e, and for further reasons in the accompanying memorandum opinion, the Court **GRANTS** Halsted's motion to dismiss with prejudice, **DISMISSES** all pending motions as moot, and **ORDERS** the Clerk to close the case.

    It is so **ORDERED.**

    The Clerk of court is directed to send a copy of this order to all counsel of record.

    Entered this the 8th of December, 2025.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE